CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 16 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRANDON EDWARD MOORE, ) | Civil Action No. 7:18-cv-00094 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| SOUTHWEST REGIONAL JAIL, et al., ) | By: Hon. Michael F. Urbanski | |
| Defendants. ) | Chief United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1); the case is **STRICKEN** from the active docket; and Plaintiff is **GRANTED** leave to file a motion to amend the complaint within ten days.

ENTER: This 16th day of April, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge